UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID SQUIER,                                    Case No.:

       Plaintiff,

vs.

PLAYCORE WISCONSIN, INC.
a Wisconsin for-profit corporation;
and RUBBER DESIGNS, LLC, a
Delaware limited liability company,

       Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, PLAYCORE WISCONSIN, INC., and RUBBER DESIGNS, LLC., through undersigned counsel, hereby remove to this Court the State Court action described below pursuant to 28 U.S.C. § 1332 and 1441, et. seq. As required by 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served on the Plaintiff at the address listed in Plaintiff's State Court complaint and are being filed in the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida.

### I.    Introduction

1.    Plaintiff, DAVID SQUIER ("Squier" or "Plaintiff") filed suit in the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida on November 17, 2022.

2. Plaintiff served the Defendants on November 30, 2022.

3. Plaintiff alleges that Defendants breached the terms of an Asset Purchase Agreement which he alleges is memorialized in an email.

4. Plaintiff seeks compensatory damages, interest, and costs.

## II.   Grounds for Removal

5. This Court has jurisdiction over this action because it is between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest of costs. This action could have been originally filed in this court and is now properly removed.

6. Plaintiff alleges that he is domiciled in Marion County, Florida. He alleges that Playcore is a Wisconsin corporation with a principal place of business in Hamilton County, Tennessee. He further alleges that Rubber Designs is a Delaware limited liability company with a principal place of business in Hamilton County, Tennessee. Plaintiff seeks damages "of at least $520,000.00." (Cmplt. ¶¶ 27 and 34).

7. Here, the complaint specifically alleges that the Plaintiff is domiciled in Florida which means he is a citizen of Florida for diversity purposes. Generally, "[c]itizenship is equivalent to 'domicile' for purposes of diversity jurisdiction." *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002).

8. Playcore is alleged to be a Wisconsin corporation with its principal place of business in Tennessee. Thus, Playcore is a citizen of both Wisconsin and Tennessee.

9. Rubber Designs is alleged to be a Delaware limited liability company with its principal place of business in Tennessee. The citizenship of a limited liability company, however, is determined by the citizenship of its members. *Rolling Greens MHP , L.P. v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (recognizing that the citizenship of an LLC for purposes of diversity jurisdiction is the citizenship of its members). The sole member of Rubber Designs is Playcore which means Rubber Designs is a citizen of Wisconsin and Tennessee. Therefore, there is complete diversity between the Plaintiff and the Defendants. No Defendant is a citizen of Florida.

10. The amount in controversy meets the jurisdictional requirements, as Plaintiff claims damages in excess of $520,000.00.

11. Defendants were served with the complaint on November 30, 2022, and therefore this notice of removal is timely filed.

12. This action is being removed to the District Court for the District and Division embracing the place where the State Court action is pending pursuant to 28 U.S.C. § 1441(a).

13. No previous application has been made for the removal of this action.

14. Copies of all pleadings filed in the state court case are attached as Exhibit "A" as required by 28 U.S.C. § 1447(a).

WHEREFORE, Defendants respectfully give notice that the above captioned civil action pending in the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida is removed to this Court.

Respectfully submitted,

        WHITEBIRD, PLLC
        Attorneys for Defendants

        */s/Ted L. Shinkle*
        Ted L. Shinkle, Esq.
        Ted L. Shinkle, Esq.
        Florida Bar No.: 608051
        2101 Waverly Place, Ste. 100
        Melbourne, FL 32901
        Phone: 321-327-5580
        Email: tshinkle@whitebirdlaw.com
        Secondary: jaliano@whitebirdlaw.com

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2022, the foregoing Notice of Removal, and all exhibits thereto, were filed with the clerk of court by using the CM/ECF system and that copies were served upon all parties by email and U.S. First Class Mail at the address listed in the complaint: Stanley W. Plappert, Esq., The Florida Legal Advocacy Group, P.A., 445 N.E. 8th Avenue, Ocala, FL 34470 at SWP@FlagOcala.com and DR@FlagOcala.com, attorney for Plaintiff.

*/s/Ted L. Shinkle*
Ted L. Shinkle, Esq.