UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID SQUIER,

    Plaintiff,

v.   Case No: 5:22-cv-671-JSM-PRL

PLAYCORE WISCONSIN, INC. and
RUBBER DESIGN, LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal (Dkt. 16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of August, 2023.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record